UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: TIFFANY D. JACKSON             Case No. 10-37721-H
WILLIAM J. JACKSON, JR.             Chapter 13
Debtors.

MOTION TO EXTEND TIME FOR FILING SCHEDULES; STATEMENT
OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN

COMES THIS DAY, by counsel, and moves this Honorable Court for an extension to file the remaining schedules, statement of financial affairs and Chapter 13 plan.

The motion of Tiffany D. Jackson and William J. Jackson, Jr. respectfully represents:

1. Movants have filed a voluntary petition under Chapter 13 of title 11 of the United States Code, 10-37721-H.

2. That the Debtors were unable to gather all the necessary information in order to file the remaining schedules and statement of financial affairs and Chapter 13 plan.

3. That if the Debtors are given until November 30, 2010 they will be able to obtain the necessary information.

WHEREFORE, Debtors pray that the time for filing schedules and statement of financial affairs and Chapter 13 plan be extended to November 30, 2010, and that they have such other further relief as is just.

ANY PARTIES OBJECTING TO THIS MOTION SHALL HAVE 7 BUSINESS DAYS AFTER SERVICE OF THIS MOTION TO FILE A WRITTEN OBJECTION WITH THE COURT.

Dated: 11/22/10             TIFFANY D. JACKSON
                             WILLIAM J. JACKSON, JR.

                             By /s/ Christopher M. Winslow
                                   Counsel

Christopher M. Winslow
VSB#76156
P.O. Box 2108
Petersburg, VA 23804
804-732-8552

CERTIFICATION OF SERVICE

I hereby certify that on this 22nd day of November, 2010, I mailed, first class, postage prepaid, e-mailed and or faxed a copy of this motion to any and all necessary parties of interest, including, all creditors, and the Chapter 13 Trustee and to the Office of the U.S. Trustee, 701 E. Broad St., Suite 4300, Richmond, VA 23219-1885.

                                    /s/ Christopher M. Winslow
                                    Christopher M. Winslow

Christopher M. Winslow
P.O. Box 2108
Petersburg, VA 23804
(804)732-8552
VSB#76156

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: TIFFANY D. JACKSON          Case No. 10-37721-H
       WILLIAM J. JACKSON, JR.
              Debtors.             Chapter 13

NOTICE

PLEASE TAKE NOTICE that on the 22nd day of November, 2010 a motion for an extension of time to file the remaining Schedules, Statement of Financial Affairs and Chapter 13 Plan was filed requesting an extension to file remaining documents until November 30, 2010. Objections to this motion should be filed with the court within 7 days to the United States Bankruptcy Court, 701 E. Broad Street, Richmond, VA 23219.

By/s/Christopher M. Winslow
Counsel

Christopher M. Winslow
P.O. Box 2108
Petersburg, VA 23804
(804)732-8552
VSB#76156

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2010, I mailed, first class postage prepaid, e-mailed, and/or faxed a copy of this notice to any and all necessary interested parties, including all creditors and to the Chapter 13 Trustee and to the Office of the U.S. Trustee, 701 E. Broad St., Richmond, VA 23219.

/s/ Christopher M. Winslow
Christopher M. Winslow

Christopher M. Winslow
P.O. Box 2108
Petersburg, VA 23804
(804)732-8552
VSB#76156

Advance America Cash Advance
522 Oaklan Blvd
Hopewell, VA 23860


American General c/o RAB
PO BOX 34111
Memphis, TN 38184


American General Finance
P.O. Box 431
Colonial Heights, VA 23834-0431


Avenue
P.O. Box 659584
San Antonio, TX 78265-9584


Beneficial
1421 Kristinaway
Chesapeake, VA 23320-8917


Bluegreen Corp.
4960 Conference Way North
Suite 100
Boca Raton, FL 33431


BNA Financial
P.O. Box 1295
Murfreesboro, TN 37133-1295


Butterworth's
2059 South Crater Road
Petersburg, VA 23815


Capital One
11013 W. Broad St
Glen Allen, VA 23060-5937


Capital One
P.O. Box 85520
Richmond, VA 23285-5520


Cash Advance Center VA 102
2825 Crater Road A
Petersburg, VA 23805

Central Virginia Health Servic
P.O. Box 220
New Canton, VA 23123


Check into Cash
1912 Boulevard Road Ste C.
Colonial Heights, VA 23834


Check N-Go of VA
3219 S. Crater Rd
Petersburg, VA 23805


Credit Control Corp
11821 Rock Landing Drive
Newport News, VA 23606-4207


Creditors Collection Service
PO BOX 21504
Roanoke, VA 24018


Dinwiddie County Treasurer
P.O. Box 178
Dinwiddie, VA 23841


DriveTime
1800 N. Colorado Street
Gilbert, AZ 85233


Equidata
724 Thimble Shoaks Blvd
Newport News, VA 23606-2574


Fast Auto Loans
3030 South Crater Road
Petersburg, VA 23805


Fast Payday Loans, Inc.
3030 Crater Road
Petersburg, VA 23805


First Premier Bank
900 W. Delaware St
Sioux Falls, SD 57104-0347

```
Focused Recovery Solutions INC
9701 Metropolitan Court
Suite B
Richmond, VA 23236


Ford Credit
P.O. Box 94380
Palatine, IL 60094-4380


Friedman's
171 Cross Roads Parkway
Savannah, GA 31412


House Hold Bank Credit Service
P.O. Box 17051
Baltimore, MD 21297-1051


HSBC Card Serv./Orchard Bank
c/o Portfolio Recovery Assoc.
Dept 922 P.O. Box 4115
Concord, CA 94524


Integon Insurance
2840 electric Rd Ste 202


John Randolph Med Center
P.O. Box 13620
Richmond, VA 23225-8620


John Randolph Medical Center
PO BOX 99587
Louisville, KY 40269


KCA Financial Services, Inc.
P.O. Box 53
Geneva, IL 60134


LVNV Funding LLC
c/o NES
29125 Solon Rd.
Solon, OH 44139-3442
```

[illegible address block, ending in "...ter, MA 10459"]

[illegible] Financial Systems, INC
[illegible] Campbell Creek, STE 500
Richardson, TX 75082


NCO Financial Systems INC
507 Prudential Road
Horsham, PA 19044


NES
29125 Solon Road
Solon, OH 44139-3442


Option One Mortgage Corp.
Cashiering
P.O. Box 44042
Jacksonville, FL 32231


Pinnacle
PO BOX 130848
RE: Bluegreen Corporation
Carlsbad, CA 92013


Plaza Associates
PO BOX 18008
Hauppauge, NY 11788


SouthSide Regional
P.O. Box 1295
Murfreesboro, TN 37133-1295


Vanderbilt Mortage
P.O. Box 9800
Maryville, TN 37801

Viking Collection Service INC
PO BOX 5117
Minneapolis, MN 55440

Virginia Emer Phys LLP
75 Remittance Drive
Suite 1151
Chicago, IL 60675

Virginia Medical Group c/o
Credit Adjustment Board
313 E. Grace St.
Richmond, VA 23219