Attorney for Debtor
Christopher Mark Winslow #76156
**Law Office of Christopher M. Winslow**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  Tiffany D. Jackson

    William J. Jackson Jr. ,  Debtor(s)            Chapter 13

                                                     Case No. : 10-37721-KRH

Motion to Vacate Dismissal

COMES NOW, Tiffany D. Jackson & William J. Jackson Jr. , the debtor, by Counsel, Christopher M. Winslow, Esq. to move this Court for an order vacating the Order of Dismissal entered by the Court on February 7, 2011.  In support of this Motion, the debtor states the following:

1. The debtor filed a Voluntary Petition under Chapter 13 of the United Stated Bankruptcy Code on November 8, 2010.

2. An Objection to Confirmation of the Chapter 13 Plan, Notice of Objection to Confirmation of Plan and Notice of Scheduled Hearing on this Objection was filed on January 3, 2011.

3. The Objection for Confirmation was held in court on January 12, 2011.

4. An Order was enter Denying Confirmation of the Plan.

5. The debtors failed to return the Amended/Modified Chapter 13 plan and associated documents in a timely manner.

6. Wherefore the debtor, Tiffany D. Jackson & William J. Jackson Jr. prays that this case be reinstated.

                                           Respectfully submitted:
                                           Tiffany D. Jackson
                                           William J. Jackson Jr.

                                 By:    /s/ Christopher M. Winslow , Counsel

Attorney for Debtor
Christopher Mark Winslow #76156
**Law Office of Christopher M. Winslow**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  Tiffany D. Jackson

William J. Jackson Jr. , Debtor(s)                    Chapter 13

Case No. : 10-37721-KRH

**Notice on Motion to Vacate Order of Dismissal
and Notice of Hearing**

Tiffany D. Jackson & William J. Jackson Jr.  has filed papers with the Court, a Motion to Vacate Order of Dismissal for Failure to Timely File an Amended/Modified Plan correcting an objection.

<u>Your rights may be affected</u>.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**
If you do not want the Court to grant the Motion to Vacate Order of Dismissal, or if you want the Court to consider your views on the motion, <u>not later than fourteen (14)  days from the date of hearing on the Motion to Vacate Disimssal,</u> you or your attorney must:

File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rules 4001(a)-1(c) and 9013-1(H).  If you mail your response to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.  You must mail a copy of your response to the following:

| **Clerk of Court** | **Christopher M. Winslow, Esq.** | **U.S. Trustee** | **Carl M. Bates, Trustee** |
|---|---|---|---|
| U. S. Bankruptcy Court | 1324 Sycamore Square | 701 E. Broad St, #4304 | P.O. Box 1819 |
| 701 E. Broad St; # 4000 | Suite 202C | Richmond, VA 23219 | Richmond, VA 23218 |
| Richmond, VA 23219 | Midlothian, VA 23113 | | |

**NOTICE IS HEREBY GIVEN  that this Motion may be allowed provided no response and request for a hearing is made by any party in interest in writing to the Clerk of this Court not less than fourteen (14) days prior to the hearing on the Motion to Vacate Dismissal.  If no timely response has been filed opposing the relief requested, the Court may grant the relief requested in the Motion without a hearing.**
If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motions, and may enter an order granting that relief.

Further Notice is given that if a Response and a request for a hearing is filed by a party in interest within the time indicated a hearing will be conducted on the Motion and Response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly.  If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto ex parte and without further notice.

Certificate of Service

I hereby certify that on this <u>February 8, 2011</u>, I mailed the foregoing Motion to Vacate Order of Dismissal, Notice of Motion and the Notice of Hearing was mailed by electronic mail or first class mail, postage pre-paid to: United States Trustee at 701 E. Broad Street, Room 4304,  Richmond, VA 23219 , Trustee, and to all the creditors and parties of interest herein.

/s/ Christopher M. Winslow
Christopher M. Winslow

Attorney for Debtor
Christopher Mark Winslow #76156
**Law Office of Christopher M. Winslow**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

**United States Bankruptcy Court
Eastern District of Virginia
Richmond Division**

In Re: Tiffany D. Jackson
     William J. Jackson Jr. , Debtor(s)

Case No. 10-37721-KRH

Chapter 13

**NOTICE of HEARING**

PLEASE TAKE NOTICE that on **February 23, 2011 @ 10:30** or as soon thereafter as is practical, we will appear before the Honorable Kevin R. Huennekens Room 5000 of the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division located at 701 E. Broad Street, Richmond on the **Debtor's Motion to Vacate Dismissal**.

                    Tiffany D. Jackson
                    William J. Jackson Jr.

BY:      /s/ Christopher M. Winslow
           Counsel

**CERTIFICATE**

I hereby certify that on  2/8/2011, I mailed the foregoing document by first class mail, postage pre-paid to:, U.S. Trustee, United States Trustee at 701 E. Broad Street, Room 4304,  Richmond, VA 23219,  the debtor(s), the Chapter 13 Trustee and all creditors and parties of interest herein.

                    /s/ Christopher M. Winslow
                    Christopher M. Winslow